## Thomas B. Cochran, Appellee, v. City of Charleston, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Coles county; the Hon. E. R. E. KIMBROUGH, Judge presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed December 27, 1913.

### Statement of the Case.

Action by Thomas B. Cochran against the city of Charleston to recover for personal injuries sustained by plaintiff alleged to have been caused by the negligence of defendant in permitting a hole which was excavated between the sidewalk and curbing to remain unguarded. From a judgment in favor of plaintiff for two thousand eight hundred dollars, defendant appeals.

JOHN T. KINCADE and ALBERT C. ANDERSON, for appellant.

STOTSENBURG & WEATHERS and H. A. NEAL, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL CORPORATIONS, § 1100*—*when instructions as to duty of city to keep its streets in safe condition erroneous.* In an action against a city for personal injuries resulting from stepping into a hole in a street, the declaration charging the city with a greater duty than the law requires, *held* that the instructions given were erroneous in that some of them stated a positive duty of the city to make its streets reasonably safe and others stated that it was its duty to use reasonable care to make its streets safe.

2. DAMAGES, § 115*—*when verdict for personal injuries excessive.* A verdict for two thousand eight hundred dollars for personal injuries, *held* excessive, it not appearing that plaintiff suffered any serious injury and that he had no bones broken or serious bruises.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.